# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JAVIER PENA,<br>                    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br><br>                    Defendant. | Case No.: 8:25-cv-00807-DSF−KES<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant Experian Information Solutions, Inc. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: October 17, 2025

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE